UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>  600 Pennsylvania Ave. NW<br>  Washington, DC 20580<br><br>                    Plaintiff,<br><br>         v.<br><br>CEPHALON, INC.,<br>  41 Moores Road<br>  Frazer, Pennsylvania 19355<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 08-cv-00244 (RMC)** |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Andrew J. Ewalt, a member of the Bar of this Court, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

 /s/ Andrew. J. Ewalt
_____
Andrew J. Ewalt (DC Bar # 493433)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 fax

Dated:  February 19, 2008