UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br><br>Plaintiff,<br><br>v.<br><br>CEPHALON, INC.,<br>41 Moores Rd.<br>Frazer, Pennsylvania 19355<br><br>Defendant. | **Civil Case No. 08-cv-00244 (RMC)** |

## SCHEDULING STIPULATION

Plaintiff Federal Trade Commission and Defendant Cephalon, Inc., ("Cephalon") have jointly agreed and hereby stipulate to the following schedule and respectfully request that the Court enter the attached proposed Order reflecting the parties' agreement:

1.  Defendant shall answer or otherwise respond to the complaint by May 2, 2008.

2.  Should the Defendant respond in the form of a motion to dismiss, Plaintiff Federal Trade Commission shall file any opposition to that motion by June 2, 2008.

3.      Defendant shall file any reply to such opposition by June 20, 2008.

Dated: February 19, 2008

Respectfully submitted,

/s/ Markus H. Meier (as authorized 2-15-08)
_____
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Philip M. Eisenstat
Saralisa C. Brau
Mark J. Woodward (DC Bar # 479537)
Jeffrey C. Bank
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-3759
Facsimile:  (202) 326-3384

Attorneys for Plaintiff FEDERAL TRADE COMMISSION


/s/ Andrew J. Ewalt
_____
Andrew J. Ewalt (DC Bar # 493433)
Eric Mahr (DC Bar # 459350)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 fax

James C. Burling
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 fax

Attorneys for Defendant CEPHALON, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    600 Pennsylvania Avenue, NW<br>    Washington, DC 20580<br><br>                    Plaintiff,<br><br>            v.<br><br>CEPHALON, INC.,<br>    41 Moores Rd.<br>    Frazer, Pennsylvania 19355<br><br>                    Defendant. | Civil Case No. 08-cv-00244 (RMC) |

**[PROPOSED] ORDER**

Having considered the scheduling stipulation submitted by the parties in the above-captioned matter setting forth proposed dates for Defendant Cephalon, Inc., to answer or otherwise respond to the complaint, and a briefing schedule in the event that response is in the form of a motion to dismiss, the Court hereby ORDERS that :

1.   Defendant shall answer or otherwise respond to the complaint by May 2, 2008.

2.   Should the Defendant respond in the form of a motion to dismiss, Plaintiff Federal Trade Commission shall file any opposition to that motion by June 2, 2008.

3.   Defendant shall file any reply to such opposition by June 20, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

| Attorneys for Defendant | Attorneys for Plaintiff |
|---|---|
| Andrew J. Ewalt (DC Bar # 493433)<br>Eric Mahr (DC Bar # 459350)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>(202) 663-6363 fax<br><br>James C. Burling<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 fax | Markus H. Meier (DC Bar # 459715)<br>Bradley S. Albert<br>Philip M. Eisenstat<br>Saralisa C. Brau<br>Mark J. Woodward (DC Bar # 479537)<br>Jeffrey C. Bank<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Telephone:  (202) 326-3759<br>Facsimile:  (202) 326-3384 |