IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br><br>         Plaintiff,<br>v.<br><br>CEPHALON, INC.<br>41 Moores Road<br>Frazer, Pennsylvania 19355<br><br>         Defendant. | Civil Action No.<br>08-cv-00244 (JDB) |

**NOTICE (OTHER)**

On February 13, 2008, Charles E. Koob appeared as Special Trial Counsel on behalf of the Federal Trade Commission in its Complaint against Cephalon, Inc. Mr. Koob now withdraws his appearance in this matter. The Federal Trade Commission continues to be represented by Markus H. Meier (DC Bar # 459715).

Respectfully submitted,


_____/s/ Markus H. Meier_____      _____/s/ Charles E. Koob_____
Markus H. Meier (DC Bar # 459715)    Charles E. Koob
Federal Trade Commission         Simpson Thacher & Bartlett LLP
600 Pennsylvania Avenue, N.W.      425 Lexington Avenue
Washington, D.C. 20580         New York, NY 10017-3954
(202) 326-3759             (212) 455-2970
(202) 326-3384 (Facsimile)
mmeier@ftc.gov


Dated: February 28, 2008