UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>        v.<br><br>CEPHALON, INC.,<br><br>               Defendant. | **Civil Action No. 08-cv-00244 (JDB)** |

**DEFENDANT CEPHALON, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Cephalon, Inc. ("Cephalon"), a nongovernmental corporate party to the above-captioned litigation, certifies that Cephalon has no parent company, and there is no publicly traded corporation that owns 10% or more of its stock.

Pursuant to Local Civil Rule 7.1 for the United States District Court for the District of Columbia, the undersigned counsel certifies that to the best of their knowledge and belief, there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Andrew J. Ewalt
_____
Andrew J. Ewalt (DC Bar # 493433)
Eric Mahr (DC Bar # 459350)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 fax

James C. Burling
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 fax

Attorneys for CEPHALON, INC.

Dated: March 13, 2008