UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br>           v.<br><br>CEPHALON, INC.,<br><br>                    Defendant. | Civil Action No. 08-cv-00244 (JDB) |

## NOTICE OF APPEARANCE OF ERIC MAHR

The Clerk of the Court will please enter the appearance of Eric Mahr, a member of the Bar of this Court, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

 /s/ Eric Mahr
_____
Eric Mahr (DC Bar # 459350)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 fax

Dated: April 11, 2008