UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>           Plaintiff, )<br>     v. )<br>)<br>CEPHALON, INC., )<br>)<br>           Defendant. ) | Civil Action No. 08-cv-00244 (JDB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ANDREW J. EWALT

On February 19, 2008, Andrew J. Ewalt appeared on behalf of Cephalon, Inc. in the above-captioned matter. Mr. Ewalt now withdraws his appearance in this matter. Cephalon, Inc. will be represented by Eric Mahr (DC Bar # 459350).

Respectfully submitted,

| /s/ Andrew J. Ewalt | /s/ Eric Mahr |
|---|---|
| Andrew J. Ewalt (DC Bar # 493433)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>(202) 663-6363 fax | Eric Mahr (DC Bar # 459350)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>(202) 663-6363 fax<br><br>James C. Burling<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 fax |

Dated: April 11, 2008