# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

       v.                              Civil Action No.  08-0244 (JDB)

CEPHALON, INC.,

    Defendant.

## ORDER

Upon consideration of [5] the motion to transfer by defendant Cephalon, Inc., the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that this case is hereby **TRANSFERRED** to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

    **SO ORDERED**.

/s/
_____
JOHN D. BATES
United States District Judge

Date:   April 28, 2008