# WILMERHALE

**Eric J. Mahr**

1 202 663 6446 (t)
+1 202 663 6363 (f)
eric.mahr@wilmerhale.com

May 2, 2008

Nancy Mayer-Whittington
Clerk of the Court
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    *Federal Trade Commission v. Cephalon, Inc.*, Civil Action No. 08-0244 (JDB)

Dear Ms. Mayer-Whittington:

With this letter please find: (i) Defendant Cephalon, Inc.'s Motion to Dismiss and Memorandum and Points and Authorities in Support of Its Motion to Dismiss; (ii) Declaration of Eric Mahr in Support of Cephalon, Inc.'s Memorandum and Points and Authorities in Support of Its Motion to Dismiss; and (iii) a Proposed Order.

On April 28, 2008, Judge Bates, to whom this matter was assigned, granted Cephalon's motion to transfer this case to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). However, by Judge Bates' Order of February 20, 2008, Cephalon is required to answer or otherwise respond to the Complaint no later than May 2, 2008. After speaking with your office, we learned that the transfer to the Eastern District of Pennsylvania will not be affected until after May 2, 2008. Accordingly, Cephalon is filing its Motion to Dismiss and accompanying materials today in this Court, with the expectation that they will be forwarded to the Eastern District of Pennsylvania with the rest of the case record when the transfer is affected.

Please contact me if you have any questions.

Kind regards,

Eric Mahr